926

No. 653. BYRD ET AL. v. STEIN ET AL. C. A. 5th Cir. Certiorari denied. *Frank E. Everett, Jr.* for petitioners. 

No. 658. BALDWIN ET AL. v. BOARD OF TAX ROLL CORRECTIONS OF OKLAHOMA COUNTY ET AL. Supreme Court of Oklahoma. Certiorari denied. *Luther Bohanon* and *Leon S. Hirsh* for petitioners. *M. M. Thomas* for respondents. 

No. 662. CALIFORNIA TANKER Co. v. REARDON. C. A. 2d Cir. Certiorari denied. *C. Dickerman Williams* for petitioner. *Louis R. Harolds* for respondent. 

No. 666. BUTLER ET AL. v. WATTS. District Court of Appeal of Florida, Third Appellate District. Certiorari denied. *George F. Gilleland* for petitioners. *William S. Frates* for respondent. 

No. 667. CITY AND COUNTY OF DENVER ET AL. v. DAVIDSON CHEVROLET, INC., ET. AL. Supreme Court of Colorado. Certiorari denied. *John C. Banks* for petitioners. *Abe Krash* for respondents. 

No. 695. APPALACHIAN ELECTRIC POWER Co. v. McKINNEY. C. A. 4th Cir. Certiorari denied. *George Richardson, Jr.* for petitioner. 

No. 267, Misc. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.